IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Cecilio Sauceda-Ramirez, | § | |
| Plaintiff(s), | § | |
| v. | § | CIVIL ACTION NO. B-98-129 |
| Janet Reno and E. M. Trominski, | § | |
| Defendant(s). | § | |

## ORDER

Plaintiff Cecilio Sauceda-Ramirez's Request for Temporary Restraining Order (Dkt. No. 1) is **DENIED**.

DONE at Brownsville, Texas, this 9th day of September 1998.

_____
Hilda G. Tagle
United States District Judge