16

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

```
CECILIO SAUCEDA-RAMIREZ, et al,   )
          Petitioners,            )
                                  )
v.                                )   C.A. No. B-98-129
                                  )
JANET RENO, et al,                )
          Respondents.            )
_____)
```

United States District Court
Southern District of Texas
ENTERED

MAY 0 7 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

ORDER GRANTING
UNOPPOSED MOTION TO VACATE MEMORANDUM ORDER

Before the Court is Petitioners' Unopposed Motion to Vacate Memorandum Order. Good cause appearing therefor, it is hereby:

ORDERED that said motion be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the Memorandum Order entered herein on April 8, 1999, be, and the same hereby is, VACATED.

DONE at Brownsville, Texas this ___7___ day of ~~April~~ May 1999

_____
HON. HILDA G. TAGLE
JUDGE PRESIDING