17

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

Sauceda-Ramirez §
§
§
versus §  Civil Action B-98-129
§
Reno §
§
§

United States District Court
Southern District of Texas
FILED

OCT 12 1999

Michael N. Milby
Clerk of Court

Specific Referral to Magistrate Judge

This application for a writ of habeas corpus is referred to Magistrate Judge Felix Recio for a report and recommendation.

Signed October 12th, 1999, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

orefcs.
MAG flag