18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

CECILIO SAUCEDA-RAMIREZ, ET AL     *
                                 *
    VS                             *    C.A. NO. B-98-129
                                 *
JANET RENO,                      *
UNITED STATES ATTORNEY GENERAL   *
                                 *
E.M. TROMINSKI,                 *
INS DISTRICT DIRECTOR          *

## ORDER SETTING CONFERENCE

A status conference in above-captioned and numbered cause of action is hereby set for **Monday, December 13, 1999, at 2:00 p.m.**

DONE at Brownsville, Texas, this **29th** day of **November 1999**.

_____
Felix Recio
United States Magistrate Judge
Federal Courthouse, #203
600 E. Harrison
Brownsville, TX 78520
956/548-2701