21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CECILIO SAUCEDA-RAMIREZ, ET AL § | |
| Petitioner, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. B-98-129 |
| HON. JANET RENO, UNITED STATES § | |
| ATTORNEY GENERAL, AND § | |
| E.M. TROMINSKI, INS § | |
| DISTRICT DIRECTOR § | |
| Respondents. § | |

## ORDER

Before the court is Petitioner's Memorandum Regarding Status of the Case. (Docket No. 19). The parties have requested time to respond to the memorandum and reply to the response.

1.   Respondent is hereby ORDERED to file their response by January 20, 1999; and

2.   Petitioner is hereby ORDERED to file their reply by January 31, 1999.

DONE in Brownsville, Texas this 14th day of December, 1999.

_____
Felix Recio
United States Magistrate Judge