UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 3 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CECILIO SAUCEDA-RAMIREZ, ET AL<br>Petitioners, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. B-98-129 |
| HON. JANET RENO, UNITED STATES<br>ATTORNEY GENERAL, AND<br>E.M. TROMINSKI, INS<br>DISTRICT DIRECTOR<br>Respondents. | §<br>§<br>§<br>§<br>§ | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file,

1. Petitioners' First Amended Petition for Habeas Corpus and Complaint for Declaratory Relief (Docket No. 6) is hereby DENIED;

2. Petitioners' (Opposed) Motion for Class Certification with Incorporated Points and Authorities (Docket No. 8) is hereby DENIED;

3. Petitioners' (Opposed) Motion for Discovery with Incorporated Points and Authorities (Docket No. 7) is hereby DENIED;

4. Petitioners' Motion for Partial Summary Judgment (Docket No. 23) is hereby DENIED;

5. Petitioners' Renewed Request for Class Certification and Partial Summary Judgment (Docket No. 25) is hereby DENIED;

6. Respondents' Motion to Dismiss (Docket No. 10) is hereby DENIED; and

7. Respondents' (Opposed) Motion to Hold in Abeyance (Docket No. 11) is hereby DENIED.

9

DONE in Brownsville, Texas on this 2 day of Oct., 2000.

_____
Hilda G. Tagle,
United States District Judge

10