IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-41389

_____

U.S. COURT OF APPEALS
**FILED**
JAN 28 2002
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
FEB 0 4 2002
Michael N. Milby
Clerk of Court

CECILIO SAUCEDA-RAMIREZ, etc; ET AL,

Petitioners,

CECILIO SAUCEDA-RAMIREZ, on his own behalf, and on behalf of all others who are similarly situated; PABLO MARTINEZ; JUAN VARGAS,

Petitioners-Appellants,

v.

JOHN ASHCROFT, Attorney General; E. M. TROMINSKI, District Director, Immigration and Naturalization Service,

Respondents-Appellees.

-----------------------
Appeal from the United States District Court for the
Southern District of Texas, Houston
-----------------------

Before HIGGINBOTHAM, WIENER and BARKSDALE, Circuit Judges.

BY THE COURT:

IT IS ORDERED that the motion of respondents to dismiss the appeal is GRANTED.

IT IS FURTHER ORDERED that the motion of petitioners to remand the case is DENIED AS MOOT.

IT IS FURTHER ORDERED that the motion of petitioners that

this Court promptly adjudicate Petitioner's appeal without further extensions of time for Respondents to file a brief is GRANTED.

IT IS FURTHER ORDERED that the motion of petitioners to strike respondents' motion to dismiss is DENIED.

IT IS FURTHER ORDERED that the motion of respondents to stay the briefing schedule is DENIED AS MOOT.

IT IS FURTHER ORDERED that the motion of respondents for an extension of 30 days from the denial of the motion to dismiss to file their brief is DENIED AS MOOT.

IT IS FURTHER ORDERED that the motion of petitioners to strike respondents' motion to stay the briefing schedule is DENIED AS MOOT.

Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
Deputy