39

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
FILED
JAN 28 2002
CHARLES R. FULBRUGE III
CLERK

No. 00-41389

CAB-98-129

CECILIO SAUCEDA-RAMIREZ, etc; ET AL,

           Petitioners,

CECILIO SAUCEDA-RAMIREZ, on his own behalf, and on behalf of all others who are similarly situated; PABLO MARTINEZ; JUAN VARGAS,

Petitioners-Appellants,

United States District Court
Southern District of Texas
FILED
APR 0 4 2002
Michael N. Milby
Clerk of Court

v.

JOHN ASHCROFT, Attorney General; E. M. TROMINSKI, District Director, Immigration and Naturalization Service,

           Respondents-Appellees.

---

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

---

Before HIGGINBOTHAM, WIENER and BARKSDALE, Circuit Judges.

BY THE COURT:

    IT IS ORDERED that the motion of respondents to dismiss the appeal is GRANTED.

    IT IS FURTHER ORDERED that the motion of petitioners to remand the case is DENIED AS MOOT.

    IT IS FURTHER ORDERED that the motion of petitioners that

this Court promptly adjudicate Petitioner's appeal without further extensions of time for Respondents to file a brief is GRANTED.

IT IS FURTHER ORDERED that the motion of petitioners to strike respondents' motion to dismiss is DENIED.

IT IS FURTHER ORDERED that the motion of respondents to stay the briefing schedule is DENIED AS MOOT.

IT IS FURTHER ORDERED that the motion of respondents for an extension of 30 days from the denial of the motion to dismiss to file their brief is DENIED AS MOOT.

IT IS FURTHER ORDERED that the motion of petitioners to strike respondents' motion to stay the briefing schedule is DENIED AS MOOT.

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By_____
Deputy
New Orleans, Louisiana   MAR 2 2 2002

ISSUED AS MANDATE MAR 2 2 2002

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

March 22, 2002



Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

       No. 00-41389 Sauceda-Ramirez v. Ashcroft
       USDC No. B-98-CV-129

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 1 ) Volume    (  ) Envelopes    (   ) Boxes

                              Sincerely,

                              CHARLES R. FULBRUGE III, Clerk

                              By: _____
                                  Dawn D. Victoriano, Deputy Clerk

cc: (letter only)
    Honorable Hilda G Tagle
    Ms Lisa S Brodyaga
    Ms Lisa M Putnam
    Ms Emily Anne Radford
    Ms Michelle E Gorden

MDT-1